**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| JAMIE PUHALLA,           )<br>                          )<br>          Plaintiff,    )<br>                          )<br>v.                        )<br>                          )<br>MICHAEL J. ASTRUE,        )<br>COMMISSIONER OF          )<br>SOCIAL SECURITY,         )<br>                          )<br>          Defendant.    )<br>_____) | **ACTION**<br><br>No.  07-1381 MLB |

## ORDER

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed.R.Civ.P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

IT IS SO ORDERED.

Dated this 30th day of July, 2008 at Wichita, Kansas.

                                    s/ Monti Belot
                                    _____
                                    Monti L. Belot
                                    UNITED STATES DISTRICT JUDGE